UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

Application of Edward D. Fagan for Leave Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Bank of America, JP Morgan Chase, and Credit Registry for Use in Foreign Proceeding

No. MC19-0019RSL

ORDER DIRECTING SERVICE AND ESTABLISHING RESPONSE DEADLINE

Having reviewed the application of Edward D. Fagan for an *ex parte* order permitting the applicant to issue Rule 45 subpoenas to Bank of America, JP Morgan Chase, and Credit Registry, it is hereby ORDERED THAT:

1. The Court declines to rule on this matter *ex parte*. The applicant shall, within twenty-one (21) days of the date of this Order, serve a copy of this Order, together with the application and exhibits thereto, upon Bank of America, JP Morgan Chase, and Credit Registry. Within seven (7) days thereafter, the applicant shall file proof of service or shall seek additional time to make such service. If the applicant fails to comply with this paragraph, this action shall be subject to dismissal forthwith.

2. Bank of America, JP Morgan Chase, and/or Credit Registry may file with the Court, not later than fourteen (14) days after service of this Order upon them, an opposition to the application.

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE - 1

3. If an opposition is filed, this matter will be given a civil action number and assigned to a United States District Judge for handling.

4. The failure to file a timely opposition will result in the grant of the application without any further proceedings.

Dated this 28th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge