UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

Application of Edward D. Fagan for Leave Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Bank of America, JP Morgan Chase, and Credit Registry for Use in Foreign Proceeding

No. MC19-0019RSL

ORDER DIRECTING CLERK TO ISSUE SUBPOENA

Having reviewed the application of Edward D. Fagan for the issuance of a Rule 45 subpoena to Bank of America, JP Morgan Chase, and Credit Registry, having received proofs of service, and having considered the requirements of 28 U.S.C. § 1782, it is hereby ORDERED THAT:

1. The application is GRANTED. The Clerk of Court shall issue to applicant the subpoena presented at Dkt. # 1-5.

2. Prior to service on Bank of America, JP Morgan Chase, and/or Credit Registry, applicant shall amend Exhibit 1 (a) to specify the date and time of production not less than fourteen days from the date of service, (b) to delete the three references to "testimony,"[1] and (c) to specify the full bank account numbers at issue.

---

[1] The form of subpoena requested by applicant commands the recipient to produce documents, electronically stored information, or objects, not testimony.

ORDER DIRECTING CLERK TO
ISSUE SUBPOENA - 1

3. Bank of America, JP Morgan Chase, and Credit Registry's rights to object to the issuance of the subpoena, its scope, and/or its procedural correctness are preserved to the extent they are raised in timely objections or motions in accordance with the Federal Rule of Civil Procedure 45.

Dated this 19th day of March, 2019.

Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO
ISSUE SUBPOENA - 2