UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

Application of Edward D. Fagan for Leave Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Bank of America, JP Morgan Chase, and Credit Registry for Use in Foreign Proceeding

No. MC19-0019RSL

ORDER DIRECTING CLERK TO ISSUE SUBPOENA

Having reviewed the supplemental declaration Edward D. Fagan for the re-issuance of a Rule 45 subpoena to JP Morgan Chase, the Clerk of Court is hereby directed to issue to Mr. Fagan the subpoena presented at Dkt. # 11-1.

Dated this 2nd day of May, 2019.

Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO
ISSUE SUBPOENA - 1